(84 South. 864)

## WESTERN UNION TELEGRAPH CO. v. LASLIE. (5 Div. 312.)

(Court of Appeals of Alabama. Jan. 13, 1920.)

JURY ⚖══28(3)—PLAINTIFF HAVING DEMANDED JURY TRIAL COULD NOT WITHDRAW REQUEST.

In view of Acts 1915, p. 939, where plaintiff demanded jury trial, he could not waive the right by withdrawing demand; and, though defendant made no answer, it had the right to have a jury ascertain the amount of damages for breach of contract to deliver a telegram sued for.

Appeal from Circuit Court, Macon County; S. L. Brewer, Judge.

Action by D. E. Laslie against the Western Union Telegraph Company for damages for delay in delivery of a message. From a judgment for plaintiff, defendant appeals. Reversed and remanded.

See, also, post, p. 303, 84 South. 864.

Action by plaintiff, claiming damages for a breach of a contract to transmit a message. On filing the suit, plaintiff demanded a jury trial. On the date set for the trial, and without the consent of defendant, the plaintiff withdrew his demand for a jury trial, and on the case being called for trial, the defendant failing to answer, the court entered judgment by default, and fixed the damages, and from this judgment, defendant appeals.

Rushton, Williams & Crenshaw, of Montgomery, for appellant.

The motion to set the judgment aside should have been granted. Canidate v. W. U. Tel. Co., 203 Ala. 675, 85 South. 10.

H. P. Merritt, of Tuskegee, for appellee.

SAMFORD, J. On the authority of section 1 of the act of the Legislature approved September 28, 1915 (Acts 1915, p. 939), and Ex parte Florida Nursery Co., etc., 201 Ala. 97, 77 South. 391, the judgment is reversed, and the cause remanded.

Reversed and remanded.

MERRITT, J., not sitting.